# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00094-CR

**Ruben Rocha-Delatorre, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT NO. D-1-DC-07-201263, HONORABLE CLIFFORD BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ruben Rocha-Delatorre seeks to appeal a judgment of conviction for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115(b). The trial court has certified that (1) this is a plea-bargain case and Rocha-Delatorre has no right of appeal, and (2) Rocha-Delatorre has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: March 27, 2015

Do Not Publish